**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

MINA AWAD,

        Plaintiff,

v.

META PLATFORMS, INC.,

        Defendant.

Case No. 26-cv-60688-JMS

## DEFENDANT META PLATFORMS, INC.'S EXPEDITED MOTION TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT OR, IN THE ALTERNATIVE, FORTHCOMING SECOND AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6, Defendant Meta Platforms, Inc. ("Meta"), by and through its undersigned counsel, hereby respectfully moves the Court to extend the time for Meta to respond to *pro se* Plaintiff Mina Awad's First Amended Complaint in this action by 14 days, through and including March 31, 2026. Alternatively, if Plaintiff files his Second Amended Complaint, as he has indicated he intends to do, then Meta respectfully requests the Court allow Meta 30-days from the filing of the Second Amended Complaint within which to file its response. Pursuant to Local Rule 7.1(d)(2), Meta respectfully requests a ruling by March 13, 2026, in advance of Meta's current deadline of March 17, 2026 to respond to the First Amended Complaint.

Meta respectfully states the following as good cause in support of its request for an extension of time:

    1.    Plaintiff Mina Awad, proceeding *pro se*, filed his original complaint in this action on February 13, 2026, in the Seventeenth Judicial Circuit in and for Broward County, Florida.

    2.    On or about February 17, 2026, Plaintiff filed the First Amended Complaint against

Meta.

3. On February 18, 2026, Plaintiff purported to serve Meta with the Summons and Amended Complaint.

4. On March 8, 2026, Plaintiff emailed counsel for Defendant and requested that Meta consent to his filing of a Second Amended Complaint. Meta had not yet responded to the First Amended Complaint.

5. On March 10, 2026, Meta filed its notice of removal of Plaintiff's action from Broward County state court to this District pursuant to 28 U.S.C. § 1446(a). Under Fed. R. Civ. Pro. 81(c)(2)(C), Meta's deadline to respond to Plaintiff's First Amended Complaint is March 17, 2026.

6. On March 10, 2026, counsel for Meta informed Plaintiff that Meta would consent to the filing of Plaintiff's Second Amended Complaint with reservation of Meta's defenses, and in exchange, requested that Plaintiff consent to give Meta 30-days to respond to the Second Amended Complaint. Meta requested the additional time because the proposed Second Amended Complaint, at almost 13,000 words, is substantially longer than the First Amended Complaint (which was less than 2,000 words) and contains several new allegations and claims.

7. In addition, counsel for Meta requested that, in the event Plaintiff no longer plans to file a Second Amended Complaint, he consent to a 14-day extension for Meta to respond to the First Amended Complaint.

8. In response, Plaintiff indicated that he will not consent to an extension at this time.

9. Meta's understanding is that Plaintiff still intends to seek leave or consent to file a Second Amended Complaint. Consequently, Meta respectfully asserts that it would be a waste of both the parties' and the Court's resources for Meta to respond to the First Amended Complaint by

March 17, 2026, and then subsequently respond to a Second Amended Complaint that supersedes the First Amended Complaint.

10. Meta respectfully requests that this Court order the following:

   a. If Plaintiff intends to file his Second Amended Complaint, Plaintiff shall do so within **three (3) business days** of the Court's Order on this motion;

   b. Meta shall respond to the Second Amended Complaint within **thirty (30) days** from filing of the Second Amended Complaint;

   c. If Plaintiff no longer intends to file the Second Amended Complaint, Plaintiff shall notify Meta within **three (3) business days** of this Order, and Meta shall have until March 31, 2026 to respond to the First Amended Complaint.

11. The extension requested by this motion will not cause prejudice or unduly delay the litigation. By contrast, it will preserve the parties' and the Court's resources by eliminating unnecessary motion practice. Both the parties and the Court would benefit from clarity regarding the operative complaint in this case.

12. The extension requested herein is made without waiver of any defenses, rights, or other matters that may be presented under Federal Rule of Civil Procedure 12(b) or any other rule or law by Meta.

13. Finally, Meta seeks this extension in a timely fashion sufficiently prior to expiration of Meta's current deadline and as soon as Meta was able to do so following removal.

14. District courts have broad discretion in managing their cases, and motions requesting additional time are normally granted absent bad faith or prejudice. *See Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002). Meta respectfully requests that the Court

do so here.

For the foregoing reasons, Meta respectfully moves that the date for filing any response to the First or Second Amended Complaint in this action, including by answer, motion, or other pleading of any type, be extended as outlined above.

### Southern District of Florida Local Rule 7.1 Certification

Pursuant to Local Rule 7.1(a)(3), on March 10, 2026, counsel for Meta attempted to confer with Plaintiff via email regarding the extension requested herein. Plaintiff did not provide his position.

Respectfully submitted,

Dated: March 11, 2025

/s/ *Diana Marie Fassbender*
Diana Marie Fassbender
Florida Bar No. 17095
Orrick, Herrington & Sutcliffe LLP
dszego@orrick.com
215 NW 24th St Suite 200
Miami, Florida 33127
Telephone: (202) 339-8533
Facsimile: (202) 339-8500

*Counsel for Defendant
Meta Platforms, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 11, 2025, I electronically filed the foregoing Motion to Extend Time to Respond to the First Amended Complaint with the Clerk of the Court using the CM/ECF system and mailed the document by FedEx overnight delivery to the following non-CM/ECF participant:

    Mina Awad
    439 N Laurel Drive
    Margate, FL 33063
    (954) 446-4536
    minaawadny954@gmail.com

                                            By: /s/ *Diana Marie Fassbender*

                                            Diana Marie Fassbender
                                            Florida Bar No. 17095
                                            Orrick, Herrington & Sutcliffe LLP
                                            dszego@orrick.com
                                            215 NW 24th St Suite 200
                                            Miami, Florida 33127
                                            Telephone: (202) 339-8533
                                            Facsimile: (202) 339-8500

                                            *Counsel for Defendant*
                                            *Meta Platforms, Inc.*