**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

MINA AWAD,

          Plaintiff,

v.

META PLATFORMS, INC.,

          Defendant.

Case No. 26-cv-60688-JMS

**[PROPOSED] ORDER EXTENDING TIME**
**TO RESPOND TO FIRST AMENDED COMPLAINT**
**PENDING RESOLUTION OF PLAINTIFF'S MOTION TO REMAND**

The Court has carefully considered Defendant Meta Platforms, Inc.'s Motion for Second Extension of Time to Respond to the First Amended Complaint Pending Resolution of Plaintiff's Motion to Remand and finds good cause for the relief requested therein.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that the Motion is hereby **GRANTED**. Meta's time to respond to the First Amended Complaint shall be held in abeyance until 14 days after the Court adjudicates Plaintiff's Motion to Remand and Amend, in the event that motion is denied.

**DONE** and **ORDERED** in Chambers at Fort Lauderdale, Florida this __ day of _____, 2026.

_____

The Honorable Jared M. Strauss

United States Magistrate Judge