**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

MINA AWAD,

        Plaintiff,

v.

META PLATFORMS, INC.,

        Defendant.

Case No. 26-cv-60688-JMS

**JOINT MOTION FOR CASE REASSIGNMENT TO**
**UNITED STATES DISTRICT JUDGE**

In accordance with the Court's March 10, 2026 Order (ECF No. 4), the Parties respectfully request reassignment of this case to a United States District Court Judge to preside over this case (including any trial) and enter any dispositive order and final judgment, with Magistrate Judge Strauss hearing non-dispositive pretrial matters and providing findings of fact and recommendations regarding dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), respectively, and such other matters as the Court deems appropriate under Local Magistrate Rule 1(i).

Respectfully submitted,

Dated: March 24, 2026

/s/ *Diana Marie Fassbender*

Diana Marie Fassbender
Florida Bar No. 17095
Orrick, Herrington & Sutcliffe LLP
dszego@orrick.com
215 NW 24th St Suite 200
Miami, Florida 33127
Telephone: (202) 339-8533
Facsimile: (202) 339-8500

*Counsel for Defendant
Meta Platforms, Inc.*

/s/ *Mina Awad*[1]

Mina Awad
439 N Laurel Drive
Margate, FL 33063
(954) 446-4536
minaawadny954@gmail.com

*Pro Se Plaintiff*

---

[1] Plaintiff's signature electronically added with consent, per SDFL CM/ECF Administrative Procedure Rule 3J(3).