UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60688-CIV-SINGHAL

MINA AWAD,

     Plaintiff,

v.

META PLATFORMS, INC.,

     Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion for Leave to File Electronically Via CM/ECF (the "**Motion**").  (DE [18]).  While the Court understands Plaintiff's desire to more conveniently file via the Court's CM/ECF system, the Southern District of Florida restricts CM/ECF access to licensed attorneys.  *See* CM/ECF NextGen Admin. Proc. 2C, S.D. Fla. (Dec. 1, 2022) (last accessed Mar. 30, 2026) ("Pro se litigants will not be permitted to register as [CM/ECF] Users at this time and must file their documents in the conventional manner.")[1]; *see also* S.D. Fla. L.R. 5.1(b) (explaining pro se litigants are exempt from CM/ECF filing rules).  Because Plaintiff proceeds *pro se*, it is hereby

     **ORDERED AND ADJUDGED** that the Motion (DE [18]) is **DENIED**.

     **DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 31st day of March 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

---

[1] https://www.flsd.uscourts.gov/sites/flsd/files/CMECF%20Administrative%20Procedures%20-%202022%20FINAL%20.pdf.

Copies furnished counsel via CM/ECF